UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 21478
  MICHAEL BROWN
  BEVERLY BROWN                         CHAPTER 13

                                        JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-2124    SSN XXX-XX-1494
```

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/04/04 and confirmed on 09/17/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  31070.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2660.11 | 155.04 | 2660.11 |
| ILLINOIS DEPT REVENUE | PRIORITY | 297.00 | 17.62 | 297.00 |
| AURORA LOAN SERVICES | UNSECURED - C | 3004.11 | .00 | 30.76 |
| FINGERHUT | UNSECURED | 2181.14 | .00 | 899.71 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3434.87 | .00 | 1416.87 |
| ROUNDUP FUNDING LLC | UNSECURED | 4298.81 | .00 | 1773.24 |
| CAPITAL ONE FINANCIAL | UNSECURED | 688.33 | .00 | 283.93 |
| CIT GROUP CONSUMER FINAN | UNSECURED | 14645.02 | .00 | 6041.01 |
| ROUNDUP FUNDING LLC | UNSECURED | 1122.03 | .00 | 462.83 |
| FIRST NATIONAL BANK SO D | UNSECURED | NOT FILED | .00 | .00 |
| FLORIDA HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HOLIDAY NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | 11941.61 | .00 | 4925.87 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 4666.36 | .00 | 1924.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1188.78 | .00 | 490.37 |
| B FIRST LLC | UNSECURED | 1108.28 | .00 | 457.16 |
| RETAILERS NATIONAL BANK | UNSECURED | 536.83 | .00 | 221.44 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 3334.28 | .00 | 3334.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1411.23 | .00 | 582.13 |
| AURORA LOAN SERVICES | COST OF COLLE | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 29.70 | .00 | 12.25 |
| INTERNAL REVENUE SERVICE | UNSECURED | 26.42 | .00 | 10.90 |
| US BANK CONSUMER FINANCE | UNSECURED | 3968.49 | .00 | 1636.99 |

                 Summary of disbursements:

```
------------------------------------------------------------------------------
              SECURED     PRIORITY    UNSECURED      OTHER      TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   3334.28    2957.11    51247.90    3004.11   60543.40
PRINCIPAL PAID       3334.28    2957.11    21139.55      30.76   27461.70
INTEREST PAID            .00     172.66         .00        .00     172.66
TOTAL PAID           3334.28    3129.77    21139.55      30.76   27634.36
```

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $   1325.64 .

Refunds to the Debtor totaled $    110.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/21/08                  /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE